**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-00594-VAP (DTBx)                                         Date:  May 23, 2014

Title:        STATER BROS. MARKETS -v- ROBERT VILLALUZ; KENNETH NIESS; AND JILL HUTH
===============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                 None Present
    Courtroom Deputy                         Court Reporter

ATTORNEYS PRESENT FOR            ATTORNEYS PRESENT FOR
PLAINTIFFS:                                DEFENDANTS:

   None                                           None

PROCEEDINGS:        ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE (IN CHAMBERS)

     On April 1, 2013, Plaintiff filed the instant Complaint.  (Doc. No. 1.)  Since that time, Plaintiff has failed to prosecute this action.

     Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than May 29, 2014, why this action should not be dismissed for failure to prosecute. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

    **IT IS SO ORDERED.**