**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 13-00594-VAP (DTBx)                                   Date:  May 30, 2014

Title:   STATER BROS. MARKETS -v- ROBERT VILLALUZ; KENNETH NIESS; AND JILL HUTH
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                         None Present
    Courtroom Deputy                                                 Court Reporter

ATTORNEYS PRESENT FOR                              ATTORNEYS PRESENT FOR
PLAINTIFFS:                                                       DEFENDANTS:

    None                                                                       None

PROCEEDINGS:          ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE (IN CHAMBERS)

    On May 23, 2014, the Court issued an Order to Show Cause Re: Failure to Prosecute.  (Doc. No. 9.)  That Order stated that Plaintiff was required to file a Response by no later than May 29, 2014, explaining why this action should not be dismissed for failure to prosecute.  To date, Plaintiff has not responded in any way to the Order to Show Cause.  Accordingly, Plaintiff's claims are DISMISSED without prejudice.

    **IT IS SO ORDERED.**